DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**21st MORTGAGE CORPORATION,**
Appellant,

v.

**CITIZENS PROPERTY INSURANCE CORP.,**
Appellee.

No. 4D20-1636

[February 18, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott R. Kerner, Judge; L.T. Case No. 502019CA005630.

Laura H. Mirmelli of Busch Slipakoff Mills & Slomka LLC, Atlanta, GA, for appellant.

Michelle Diverio and Alejandro Sanchez, Parraga of Lydecker Diaz, Miami, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***